COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Ex parte Jaime Vasquez

Appellate case number:   01-15-00728-CR

Trial court case number: 720173-A

Trial court:             177th District Court of Harris County

Date motion filed:       August 12, 2016

Party filing motion:     Appellant

The en banc court has voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion for en banc reconsideration is **denied**.

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Justice Jennings dissents from the denial of en banc reconsideration.

Judge's signature: /s/ Jane Bland
                         Acting for the En Banc Court

Date:  September 13, 2016